UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY KENNARD,

    Petitioner,

Case No. 16-cv-12523
Hon. Matthew F. Leitman

v.

TONY TRIERWEILER,

    Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **GRANTED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 26, 2023
Detroit, Michigan